# GreenspoonMarder LLP

Beth-Ann Krimsky, Partner
200 E. Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Direct Phone: 954.527.2427
Fax: 954.333.4027
Email: beth-ann.krimsky@gmlaw.com

September 11, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2023

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **National Debt Relief LLC v. Season 4, LLC and Milberg Coleman Bryson Phillips Grossman, PLLC, Case No. 23-cv-07198 (LAK) (KHP)**

Dear Magistrate Judge Parker:

<u>Plaintiff National Debt Relief LLC and Defendants Season 4, LLC and Milberg Coleman Bryson Phillips Grossman, PLLC respectfully submit this joint letter motion to adjourn the Initial Case Management Conference scheduled for September 26, 2023 to October 3, 2023 or sometime thereafter that is convenient for the Court.</u>

The parties are jointly making this request due to scheduling conflicts and the upcoming Jewish holidays. The parties are, nonetheless, working diligently to schedule a productive conference pursuant to Rule 26(f) and to prepare a Case Management Plan and Report to be filed in advance of the Initial Case Management Conference.

<u>The parties also respectfully request that all counsel be permitted to attend the Initial Case Management Conference virtually. Lead counsel for plaintiff resides in Florida and lead counsel for defendants resides in Washington, D.C.</u>

<u>The parties have conferred and consent to both requests submitted herein.</u> Accordingly, the parties respectfully request that the Court adjourn the Initial Case Management Conference and permit virtual appearances at said conference once it is rescheduled.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Beth-Ann Krimsky
*Counsel for Plaintiff National Debt Relief LLC*

cc: All parties (via ECF)

Atlanta  Boca Raton  Chicago  Denver  Ft. Lauderdale  Las Vegas  Los Angeles  Miami  Naples
Newark  New York  Orlando  Portland  Scottsdale  Tallahassee  Tampa  West Palm Beach

55343374v1

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for **9/26/2023 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Judge Katharine H. Parker is hereby converted to a telephonic conference and rescheduled to <u>Thursday, October 26, 2023 at 2:45 p.m.</u>** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. <u>**Please dial (866) 434-5269; access code 4858267.**</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

09/11/2023