```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL DEBT RELIEF LLC,

                           Plaintiff,                   23-CV-7198 (LAK) (KHP)

    -against-                                 **ORDER ADJOURNING**
                                                           **SETTLEMENT CONFERENCE**

SEASON 4, LLC AND MILBERG
COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC,

                         Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter scheduled for **Wednesday, May 29, 2024 at 10:00 a.m.** is hereby adjourned *sine die*.

               SO ORDERED.

DATED:      New York, New York
               May 28, 2024

                                                    */s/ Katharine H. Parker*
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge