UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NATIONAL DEBT RELIEF, LLC,

                    Plaintiff,

     -against-                                      23-cv-7198 (LAK)

SEASON 4, LLC, et ano.,

                    Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The defendants' motion to dismiss the complaint (Dkt 26) is granted, substantially for the reasons stated in the report and recommendation ("R&R") of Magistrate Judge Parker. The dismissal is for want of subject matter jurisdiction as to the state law claims and on the merits with respect to the federal claims. Further, the Court does not now grant leave to amend. Plaintiff may seek leave to amend by motion containing a proposed amended complaint along with a copy of the proposed amended complaint marked to show changes from the complaint now dismissed. Defendants then may oppose a grant of leave, should they be so advised, on the ground that the leave would be futile.

       SO ORDERED.

Dated:      June 24, 2024

                                                          Lewis A. Kaplan
                                                  United States District Judge