# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NATIONAL DEBT RELIEF, LLC,

                Plaintiff,

    -against-                                       23 CIVIL 7198 (LAK) (KHP)

## JUDGMENT

SEASON 4, LLC, et ano.,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 24, 2024, Defendants' motion to dismiss is GRANTED, substantially for the reasons stated in the report and recommendation ("R&R") of Magistrate Judge Parker. The dismissal is for want of subject matter jurisdiction as to the state law claims and on the merits with respect to the federal claims.

**Dated:** New York, New York

      June 27, 2024

                                                        DANIEL ORTIZ

                                                       Acting Clerk of Court

                        BY:

                                                      Deputy Clerk